# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** Leonard McGhee, Jr. | **CASE NO. 17-13380** |
| Debtor(s) | Chapter 13 |

___

## MOTION TO REINSTATE
___

COME NOW the Debtor(s), Leonard McGhee, Jr., by and through counsel, and files this Motion to Reinstate and for good cause would show:

1. The Debtor filed this case on September 11, 2017. This case was dismissed due to the Debtor getting behind in the plan payments.

2. The Debtor has sent in the amount of $3,754.00, in order to bring the case current.

WHEREFORE, premises considered, the debtor prays to this Honorable Court the following:

1. That this Motion be received and filed and upon a hearing thereon that the debtor's case be reinstated and for such other and further relief as necessary.

Respectfully submitted,
/s/ Heidi S. Milam
Heidi S. Milam, Bar No. 9813
Attorney for Debtor
P.O. Box 1169
Southaven, MS 38671
(662) 349-2322

## CERTIFICATE OF SERVICE

I, Heidi S. Milam, certify that I have this day served electronically the above Motion to the following parties:

Locke D. Barkley, Trustee
sbeasley@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

This the 18th    day of May, 2020.

/s/ Heidi S. Milam
Heidi S. Milam